UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYNEL JOHNSON o/b/o
BRANDON L. JOHNSON,

    Plaintiff,

v.

Case No.: 1:09-cv-967

HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

    The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 15). The Report and Recommendation was duly served on the parties. No objections have been filed.

    ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

    THEREFORE, IT IS ORDERED that the plaintiff's request to remand this matter to the Commissioner under sentence six of 42 U.S.C. § 405(g) is **DENIED**.

    IT IS FURTHER ORDERED that the decision of the Commissioner is **AFFIRMED**.


Dated: October 17, 2011                    /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                Chief United States District Judge