UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYNEL JOHNSON o/b/o
BRANDON L. JOHNSON,

    Plaintiff,

                                            Case No. 1:09-cv-967

v.

                                            HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

## **JUDGMENT**

      Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of the defendant and against the plaintiff.


Date:   October 17, 2011                          /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         Chief United States District